AO 442 (Rev. 9/19MOE) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the  
EASTERN DISTRICT OF MISSOURI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   4:15CR00182-1 ERW |
| | ) | |
| | ) | |
| | ) | |
| Antwan Contrelle Boothe | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Antwan Contrelle Boothe,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See attached "Petition for Warrant"

Date: _____

*Issuing officer's signature*

City and state: St. Louis, Missouri                         Gregory J. Linhares, Clerk of the Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on (date) _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____

*Printed name and title*

AO 442 (Rev. 9/19MOE) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Antwan Contrelle Boothe

Known aliases:   Antwan Contrella Boothe
   Hot Rod

Last known residence:   419 MacDougall Drive, St. Louis, Missouri 63137   (Since 07/26/2021)

Prior addresses to which defendant/offender may still have ties:

   4646 Lee Avenue, St. Louis, Missouri 63115   (05/09/2020 - 07/25/2021)
   2403 Kienlen Avenue, St. Louis, Missouri 63121   (08/07/2003 - 12/17/2015)

Last known employment:   Branding Iron Holdings, Inc., 1682 Sauget Business Boulevard, East St. Louis, Illinois 62206 (From 12/20/2021 - )

Last known telephone numbers:   3145361510
   4696396003
   4699124513

Place of birth:   St. Louis, MO

Date of birth:   10/22/1990

Social Security number:   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

Height:   68 inches          Weight:   145 lbs

Sex:   Male          Race:   Black or African American

Hair:   Black          Eyes:   Brown

Scars, tattoos, other distinguishing marks:

Boothe has the following tattoos: a sleeve of tattoos on his right forearm containing "I am #1," "Amir," "ACB, Jr.," a ghost and the letter "A" with a halo; and "Lamisha" on his left wrist.

History of violence, weapons, drug use:

Multiple resisting arrest charges and possession of firearms. History of fentanyl and marijuana use

Known family, friends, and other associates *(name, relation, address, phone number)*:

   Lamisha Madison   (Current Spouse/Partner)   Lives with Client   Phone:4696472539

FBI number:   658424AE6

Complete description of auto:

Investigative agency and address:   U.S. Probation     Main Phone (314) 244-6700

   111 South Tenth Street, Suite 2.325, St. Louis, MO 63102

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

   Daniel L. Goe     Phone: 314-244-7544 (Office)     (Cell)

Date of last contact with pretrial services or probation officer *(if applicable)*:   Home visit in April 2020.

AO 442 (Rev. 9/19MOE) Arrest Warrant (Page 2)

3